AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Kent E. Hovind, )
*Plaintiff* )
v. )   Civil Action No.   0:13-cv-01177-MGL-PJG
William G. Anderson; John Doe; Mr. Dial; and 3 )
Unknown Named John Jane Doe, )
BOP Employees, )
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Kent E. Hovind, take nothing of the defendants, William G. Anderson and Mr. Dial, and this action is dismissed with prejudice as to those defendants.

■ the plaintiff, Kent E. Hovind, take nothing of the defendants, John Doe and 3Unknown Named John Jane Doe, BOP Employees, and this action is dismissed without prejudice as to those defendants..

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary G. Lewis, US District Judge, presiding.  The Court having adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, granted defendants Anderson and Dial's motion to dismiss with prejudice and, dismissed defendants John Doe and 3Unknown Named John Jane Doe without prejudice.

Date:   August 19, 2014                              *ROBIN L. BLUME, CLERK OF COURT*

                                                         *s/ G. Mills*

                                                         *Signature of Clerk or Deputy Clerk*